STATE of Missouri, Respondent,

v.

Eddie BOYER, Appellant.

No. ED 79388.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 19, 2002.

Amy M. Bartholow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES R. DOWD, C.J., GARY M. GAERTNER, SR., J., and CLIFFORD H. AHRENS, J.

ORDER

PER CURIAM.

Appellant, Eddie Boyer, ("appellant"), appeals the judgment of the Circuit Court of Washington County convicting him of driving while intoxicated, section 577.010, RSMo 2000,[1] and driving while revoked, section 302.321. Appellant was sentenced to four years imprisonment for driving while intoxicated and a $500 fine for driving while revoked. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurispru-

1. All statutory references are to RSMo 2000, unless otherwise indicated.

dential purpose, we affirm the judgment pursuant to Rule 30.25(b).